UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>RATI, LLC,<br><br>            Defendant. | Case No. 18-cv-01688-AGT<br><br>**ORDER STRIKING DEFENDANT'S ANSWER AND ENTERING DEFAULT** |

Defendant Rati LLC has stopped participating in this case, as demonstrated by the company's failure to comply with the Court's orders requiring it to retain substitute counsel and to show cause for failing to do so. *See* ECF Nos. 46, 50. Due to this noncompliance, the case is now at a standstill; for as the Court previously noted, Rati LLC, a limited liability company, cannot proceed pro se. *See* Civ. L.R. 3-9(b).

When a corporate defendant fails to retain substitute counsel when ordered to do so, the Court may strike the defendant's answer and enter its default. *See* Fed. R. Civ. P. 16(f), 37(b)(2)(A) (district court may strike pleadings and enter default for failure to comply with pretrial order); *Emp. Painters' Tr. v. Ethan Enters., Inc.*, 480 F.3d 993, 998 (9th Cir. 2007) (district court did not abuse its discretion in entering default against corporate defendant "for failure to comply with local rules requiring representation by counsel"). The Court takes these actions here.

Rati LLC's answer, ECF No. 11, is stricken, and the Clerk of the Court is instructed to enter default against the company. By October 2, 2020, the plaintiff, Scott Johnson, shall file a motion for default judgment, which must address the *Eitel* factors. *See Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). He must serve a copy of the motion on Rati LLC and file proof of service with the Court. If Johnson seeks to recover monetary damages or attorneys' fees and

costs, he must submit evidence in support of such awards with his motion.

**IT IS SO ORDERED.**

Dated: September 9, 2020

ALEX G. TSE
United States Magistrate Judge